### 20254. HARGETT *v.* THE STATE.

BROYLES, C. J. The evidence amply authorized the verdict, and the court did not err in overruling the motion for a new trial based upon the usual general grounds only.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED MARCH 5, 1930.

*R. Terry,* for plaintiff in error. *B. H. Chappell, solicitor,* contra.